# In The Court of Appeals
## Third Judicial District
## Sitting at Austin, Texas

FILED
November 17, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

James Eric Grant

v.

The State of Texas

Appellants' extention of time to file a response for direct appeal.

Now comes James Eric Grant, Appellant, TDCJ No. 01936588, Darrington Unit, 59 Darrington Rd., Rosharon, Texas 77583 and respectfully asks this Honorable Court to grant him an extention of time to prepare the brief.

This is not to harrass the Appelee, Nor delay the proceeding. Appellant is in need of more time in preparing brief. Please Allow me 30 days extention. My date is November 12, 2015.

Respectfully,

James Grant

James Eric Grant
59 Darrington Rd.
Rosharon, Tx. 77583

C.C.

RECEIVED
NOV 17 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Mr. James Grant
1936544
59 Darrington Rd. -T9/1-37
Rosharon, Tx. 77583

__Legal Mail__"

787016161409

Geoffrey D. Kyle
Clerk, Third Court of Appeals
209 W. 14th St., Rm. 101
Austin, Texas

FOREVER USA